```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TIMOTHY MAKAS,

           Plaintiff,

    -against-

RICHARD MIRAGLIA, et.al.,

           Defendants.
------------------------------------------------------------X

TIMOTHY MAKAS,

           Plaintiff,

    -against-

KRISTIN ORLANDO, et.al.,

           Defenfants.
------------------------------------------------------------X

05 **CIVIL** 7180 (DAB)

**JUDGMENT**

06 **CIVIL** 14305 (DAB)

       Defendants having moved to dismiss , and the matter having come before the Honorable Deborah A Batts, United States District Judge, and the Court, on Mar 5, 2007, having rendered its Order adopting the report of the Magistrate Judge, dismissing the complaint in 05 cv 7180 and also dismissing the complaint in 06 cv 14305; plaintiff is granted leave to amend within 45 days of the date of the Court's 3/5/07 Order, and directing the Clerk to close 05 cv 7180 and remove it from the docket, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Mar 5, 2007, defendants' motions to dismiss the complaint in 05 cv 7180 is granted and the complaint is dismissed; accordingly, the case is closed; furthermore, the complaint in 06 cv 14305 is dismissed and plaintiff is granted leave to amend within 45 days of the Court's

3/5/07 Order; the Clerk is directed to close 05 cv 7180 and remove it from the docket.

**Dated:** New York, New York
March 7, 2007

**J MICHAEL MC MAHON**
**Clerk of Court**

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____